**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AGUSTIN FRANCISCO HUNEEUS,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 19-cr-10117-IT<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**
**FOR SENTENCING MEMORANDUM**

Agustin Francisco Huneeus respectfully moves this Court to enter an Order granting him an enlargement of the twenty-page limit set forth in Local Rule 7.1(b)(4) for his Sentencing Memorandum. The Government does not oppose Mr. Huneeus' request for leave to exceed the page limit. In support of this Motion, Counsel states as follows:

1.      Local Rule 7.1(b)(4) limits memoranda supporting a motion to twenty, double-spaced pages, absent leave of Court. Motion practice in criminal cases is subject to the requirements of Local Rule 7.1(b)(4).  *See* Local Rule 112.1.

2.      Given the complexity of the issues involved, and the need to fully brief the Court on those legal and factual issues, Mr. Huneeus respectfully requests leave from this Court to exceed the page-limit requirement.

3.      Mr. Huneeus requests leave to file a thirty (30) page brief.

4.      The undersigned has conferred with counsel for the Government regarding the relief Mr. Huneeus requests herein, and the Government assents to this motion.

Respectfully submitted,

/s/ *Jeremy M. Sternberg*
Jeremy M. Sternberg (BBO# 556566)
John A. Canale (BBO# 687175)
HOLLAND & KNIGHT LLP
10 St. James Avenue
11th Floor
Boston, Massachusetts 02116
Email:  jeremy.sternberg@hklaw.com
        john.canale@hklaw.com
Tel: (617) 523-2700
Fax: (617) 523-6850

William P. Keane (Admitted *Pro Hac Vice*)
Farella Braun + Martell
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Email:  wkeane@fbm.com
Tel: (415) 954-4908
Fax: (415) 954-4480

*Counsel for Agustin Francisco Huneeus*

Dated:  September 23, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019 this document was filed through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *John A. Canale*
John A. Canale