UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>AUGUSTIN FRANCISCO HUNEEUS )<br>  Defendant. ) | CASE NO. 1:19-CR-10117-007-IT |

## NOTICE OF ATTORNEY APPEARANCE

Please include the undersigned as local counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

          Respectfully submitted,
          UNITED STATES OF AMERICA
          By its attorneys

          ANDREW E. LELLING
          United States Attorney

By:   /s/ Carol E. Head
       CAROL E. HEAD (BBO 652170)
       Assistant United States Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       Tel. No. (617) 748-3213
       Fax No. (617) 748-3972
       Carol.Head@usdoj.gov

DATE: November 19, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

          /s/ Carol E. Head
          CAROL E. HEAD
          Assistant U.S. Attorney