UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | Criminal No.: 1:19-10117-IT-7 |
| ) | |
| AGUSTIN FRANCISCO HUNEEUS, ) | |
| ) | |
| Defendant                              ) | |

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal the Government's Response to Defendant's Emergency Motion to Modify Sentence. As grounds for this motion, the Government states that the defendant's motion was filed under seal and, as with that motion, the Government's response contains confidential medical information regarding the defendant which should not be disclosed publicly. The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated:  March 16, 2020         By:      /s/ Karin M. Bell
                                                    ERIC S. ROSEN
                                                    JUSTIN D. O'CONNELL
                                                    LESLIE A. WRIGHT
                                                    KRISTEN KEARNEY
                                                    KARIN M. BELL
                                                    STEPHEN E. FRANK
                                                    Assistant United States Attorneys

2

**Certificate of Service**

  I hereby certify that this document was filed on March 16, 2020, via the ECF system, and will be sent electronically to participants as identified on the Notice of Electronic Filing and to USPO Martha Victoria by e-mail.

           By: */s/ Karin M. Bell*
              KARIN M. BELL
              Assistant United States Attorney