UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:19-cr-10117-IT-7 |
| | * | |
| AGUSTIN FRANCISCO HUNEEUS, | * | |
| | * | |
| Defendant. | * | |

ORDER
March 17, 2020

TALWANI, D.J.

Before the court is Defendant Augustin Francisco Huneeus's Emergency Motion to Modify Sentence [#638]. The court has sealed both the motion and the government's Response [#641] as they contain personal health information about Huneeus that is of a sensitive nature. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and in light of the national state of emergency due to the global COVID-19 pandemic and Huneeus' unique health circumstances, the court finds that extraordinary and compelling reasons warrant the requested approximately two week reduction of the sentence imposed to time served, with home confinement for the first two weeks of supervised release. The court finds further that the reduction is consistent with applicable policy statements issued by the Sentencing Commission.

IT IS SO ORDERED.

/s/ Indira Talwani
Indira Talwani
United States District Judge